**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DANIEL LEE RHEES,

                                        Plaintiff,

    v.

UNITED STATES OF AMERICA,

                                        Defendant.

Case No. 3:26-CV-00388-MMD-CLB

**ORDER TO FILE COMPLAINT AND PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On May 22, 2026, Plaintiff Daniel Lee Rhee ("Rhees"), an inmate in the custody of the Nevada Department of Corrections, filed a U.S. Department of Justice Financial Statement of Debtor form. (ECF No. 1-1.) Rhees did not file a complaint, nor did he pay the $405 filing fee for a civil suit or file an application to proceed *in forma pauperis*. Rhees must correct these deficiencies if he intends to proceed with this action.

First, a case cannot proceed without a complaint. Federal Rule of Civil Procedure 3 provides that "[a] civil action is commenced by filing a complaint with the court." Under this Court's local rules, "[a] civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. Furthermore, the complaint must be signed by the unrepresented party. Fed. R. Civ. P. 11(a). Thus, Rhees must fill out and submit the form provided by this Court or draft his own complaint provided it contains all the same information.

Second, the United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit

**all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b). Thus, Rhees must either fill out and submit the court approved application to proceed *in forma pauperis* or pay the full $405 filing fee.

Accordingly, **IT IS ORDERED** that Rhees shall have until **Tuesday, June 30, 2026**, to file a complaint that comports with the requirements outlined above.

**IT IS FURTHER ORDERED** that Rhees shall have until **Tuesday, June 30, 2026**, to either pay the full $405 filing fee or apply to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** Rhees the court-approved application to proceed *in forma pauperis* for an inmate with instructions and the approved form for filing a 42 U.S.C. § 1983 civil-rights complaint with instructions.

**IT IS FURTHER ORDERED** that if Rhees fails to comply with this order the Court will recommend dismissal of this action without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and address the matter of the filing fee.

**DATED**: May 26, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

2