UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DANIEL LEE RHEES,

Plaintiff,

v.

USA,

Defendant.

Case No. 3:26-cv-003888-MMD-CLB

ORDER

Pro se Plaintiff Daniel Lee Rhees initiated this action by filing a U.S. Department of Justice Financial Statement of Debtor form (ECF No. 1-1), but did not file a complaint, pay the filing fee, and did not file an application to proceed *in forma pauperis*. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Carla L. Baldwin, recommending the dismissal of this case without prejudice. (ECF No. 4.) Rhees had until July 16, 2026, to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Baldwin explained in the R&R, Rhees failed to comply with the Court's May 26, 2026 order (ECF No. 3 ("Order")) to file a complaint and either pay the filing fee or file an application to proceed *in forma pauperis* before June 30, 2026. (ECF No. 4 at 1.) The Court had warned Rhees that failure to comply with the Court's Order may result in dismissal, and Rhees failed to comply with the Order or respond to the R&R. The Court agrees with Judge Baldwin that dismissal of this case without prejudice is proper.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case

DATED THIS 24th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE